# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS MATTHEW SUPRANOVICH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79444

**FILED**

SEP 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to compel. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Joseph Hardy, Jr., District Judge
       Thomas Matthew Supranovich
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-38908